UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| IN RE: | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| NAGHAM TAHIR ALQANNACE | CASE NO: 24-11322 |
| DEBTOR | JUDGE: SUZANA KRSTEVSKI KOCH |

## OBJECTION TO CONFIRMATION OF PLAN

Now comes the secured creditor, PHH Mortgage Corporation, ("Creditor") as the holder of the mortgage lien against the debtor's principal place of residence located at 20520 Detroit Rd, Rocky River, OH 44116 and hereby objects to confirmation of the Debtor's plan.

Creditor states that the Debtor's proposed plan indicates payment of $10,315.00 in arrearages to PHH Mortgage Corporation. However, the arrearage claim to be filed by PHH Mortgage Corporation is in the approximate amount of $31,485.36.

WHEREFORE, PHH Mortgage Corporation objects to the confirmation of the debtor's proposed plan.

Respectfully Submitted,

 /s/ C. Wesley Pagles
LOGS Legal Group LLP
Christopher G. Phillips 0074249
Matthew Murtland 0088290
Tamara Gurchik 0090798
Brian Tekulve 102063
Zachary G. Edwards MO63798
C. Wesley Pagles IN37185-49
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100
Fax: (847) 627-8805
Email: logsecf@logs.com

# **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on April 23, 2024, a copy of the foregoing was served to the following:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    William Francis Perry, on behalf of Nagham Tahir AlQannace, debtor(s), at
    info@sperrylaw.com

    Lauren A Helbling, on behalf of the Chapter 13 Trustee's office at
    lhelbling13@ecf.epiqsystems.com

And by regular U.S. mail, postage prepaid, on:

    Nagham Tahir AlQannace, 20520 Detroit Rd, Rocky River, OH 44116

    /s/ C. Wesley Pagles
LOGS Legal Group LLP
Christopher G. Phillips 0074249
Matthew Murtland 0088290
Tamara Gurchik 0090798
Brian Tekulve 102063
Zachary G. Edwards MO63798
C. Wesley Pagles IN37185-49
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100
Fax: (847) 627-8805
Email: logsecf@logs.com

24-048640 BK01; ob; April 20, 2024